# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0620. WILLIAM HAYWOOD GORDON v. WELLS FARGO BANK N. A.

William Haygood Gordon filed this application seeking discretionary review of In order entered by the Gwinnett County Superior Court. That order, in turn, denied Gordon's motion to set aside the court's prior dismissal of his claims against Wells Fargo Bank, N. A. After submitting his application, Gordon filed a motion seeking permission to file a supplemental brief. That motion is hereby GRANTED, as we considered the supplemental brief in conjunction with the application.

Upon consideration of the discretionary application, it is ordered that it be DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/27/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*